# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, § § § | |
| Plaintiff, § | Case No: 6:20-cv-114-ADA |
| § § | PATENT CASE |
| § | |
| BRIGHTPEARL, INC. § § | |
| Defendant. § § § | |

## UNOPPOSED MOTION TO DISMISS

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Scanning Technologies Innovations LLC hereby moves the Court to dismiss all of Plaintiff's claims against Brightpearl, Inc. WITH PREJUDICE with each party to bear its own attorneys' fees and costs. Plaintiff requests that the Court enter the proposed order of dismissal submitted herewith.

Dated: September 11, 2020     Respectfully Submitted,

/s/ *Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I certify that the undersigned counsel conferred with counsel for Defendant and counsel for Defendant does not opposed this motion.

/s/*Jay Johnson*

        Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 11, 2020.

        */s/Jay Johnson*
        Jay Johnson